Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22691−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge A Guerrero
   407 Williams Street
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−6540

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/24/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 24, 2019
JAN: dmi

                                                                                Jeanne Naughton
                                                                                Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 19-22691-MBK
Jorge A Guerrero                                                   Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                 Page 1 of 2         Date Rcvd: Oct 24, 2019
                               Form ID: 148                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Jorge A Guerrero,    407 Williams Street,    Piscataway, NJ 08854-6043
518323395       Barclays Bank Delaware,    125 A West Street,    Wilmington, DE 19801
518323396      +Chase,    Mail Code OH4-7399,    Po Box 182613,    Columbus, OH 43218-2613
518323398      +Equifax,    POB 740241,    Atlanta, GA 30374-0241
518323399      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518323400      +Foster, Garbus & Garbus,    60 Motor Parkway,    Commack, NY 11725-5710
518323401    ++++IN HOUSE COUNSEL FOR MIDLAND FUNDING LLC,    C/O MIA KIRITSIS, ESQ.,    1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ 07102-5415
                (address filed with court: In House Counsel for Midland Funding LLC,    c/o Mia Kiritsis, Esq.,
                 1037 Raymond Blvd. Suite 710,    Newark, NJ 07102)
518323403      +Lyons, Doughty & Veldhuis,    136 Gaither Drive,    P.O. Box 1269,    suite 100,
                 Mount Laurel, NJ 08054-7269
518427494      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
518323405      +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
518323407      +RWJ University Hospital Somerset,    Po Box 21401,    New York, NY 10087-1401
518407507     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
518323408      +TD Bank,    6137 Bergeline Avenue,    West New York, NJ 07093-1520

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2019 00:52:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2019 00:52:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518392336      +EDI: AIS.COM Oct 25 2019 04:18:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518366488       EDI: BL-BECKET.COM Oct 25 2019 04:18:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
518323397      +Fax: 602-659-2196 Oct 25 2019 01:39:43      Chex System,    7805 Hudson Road,    suite 100,
                 Saint Paul, MN 55125-1703
518323402      +EDI: IRS.COM Oct 25 2019 04:18:00      Internal Revenue Service,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
518323404      +EDI: MID8.COM Oct 25 2019 04:18:00      Midland Funding LLC,    16 McLeland Road Suite 101,
                 Saint Cloud, MN 56303-2160
518442601      +EDI: MID8.COM Oct 25 2019 04:18:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
518323406       EDI: PRA.COM Oct 25 2019 04:18:00      Portfolio Recovery Assoc,    PO Box 12914,
                 Norfolk, VA 23541
518435598       EDI: PRA.COM Oct 25 2019 04:18:00      Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                 POB 41067,    Norfolk VA 23541
518435593       EDI: PRA.COM Oct 25 2019 04:18:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                 POB 41067,    Norfolk VA 23541
518437024       EDI: PRA.COM Oct 25 2019 04:18:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
518437273       EDI: PRA.COM Oct 25 2019 04:18:00      Portfolio Recovery Associates, LLC,
                 c/o Rcs Direct Marketing/Orchard Bank,    POB 41067,    Norfolk VA 23541
518437270       EDI: PRA.COM Oct 25 2019 04:18:00      Portfolio Recovery Associates, LLC,    c/o Toys R Us,
                 POB 41067,    Norfolk VA 23541
518326523      +EDI: RMSC.COM Oct 25 2019 04:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518323409       E-mail/Text: DASPUBREC@transunion.com Oct 25 2019 00:51:22      TransUnion,
                 555 W. Adams Street,    Chicago, IL 60661
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Oct 24, 2019
                              Form ID: 148             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
              Albert Russo     docs@russotrustee.com
              Kevin Gordon McDonald     on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michelle Labayen     on behalf of Debtor Jorge A Guerrero michelle@labayenlaw.com,
               silvia@labayenlaw.com;giovanna@labayenlaw.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```